# In the United States Court of Federal Claims
(Pro Se)

|  |  |
|---|---|
| SHARNA CHRISTE POTTER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 25-875<br>(Filed: July 16, 2025) |

<u>Sharna Christe Potter</u>, pro se, Oroville, CA.

<u>Vijaya Surampudi</u>, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for Defendant.

## ORDER

**Kaplan, Judge.**

On May 20, 2025, Plaintiff Sharna Potter, incarcerated at Butte County Jail and proceeding pro se, filed this civil action and an application to proceed in forma pauperis ("IFP"). Compl., Docket No. 1; Mot. for Leave to Proceed IFP, Docket No. 2. Upon review, this Court found that Ms. Potter had not submitted the required Prisoner Authorization Form or trust fund account statement, making her IFP application defective. <u>See</u> Order, Docket No. 5 (citing 28 U.S.C. § 1915(a)(2)). On May 27, 2025, the Court ordered that Ms. Potter submit the documents missing from her IFP application or pay the $405.00 in required fees by June 26, 2025. <u>Id.</u> Ms. Potter has failed to comply with that order.

Therefore, Ms. Potter's application to proceed in forma pauperis is **DENIED**. Further, pursuant to this Court's May 27, 2025 order and Rule 41(b) of the Rules of the United States Court of Federal Claims, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

ELAINE D. KAPLAN
Judge